# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

Robert Smith II,

Plaintiff,

v.

Bridgecrest Acceptance Corporation et al.,

Defendants.

Case No. 2:24-cv-01599-GMN-BNW

**ORDER**

On September 4, 2026, this Court ordered Plaintiff to complete the USM-285 form for Defendants Bridgecrest Acceptance Corporation; Equifax Information Services, LLC; TransUnion, LLC; Experian Information Solutions, LLC; and Carvana, LLC and return the forms to the United States Marshals Service by October 5, 2026. ECF No. 17. On October 15, 2026, the summons issued for Defendants returned as unexecuted because the USMS did not receive the completed USM-285 form. ECF No. 19. This Court will afford Plaintiff one last opportunity to effect service on Defendants and directs him to carefully follow the below instructions:

**IT IS THEREFORE ORDERED** that the Clerk of Court must issue a summons for Bridgecrest Acceptance Corporation; Equifax Information Services, LLC; TransUnion, LLC; Experian Information Solutions, LLC; and Carvana, LLC and deliver the same to the USMS for service together with one copy of each of the following documents: this Order, the operative complaint (ECF No. 7), and the Court's Screening Order (ECF No. 17).

**IT IS FURTHER ORDERED** that the Clerk of Court must send Plaintiff one blank USM-285 form together with a copy of this Order.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until **November 19, 2026,** to fill out the required USM-285 form and send it to the USMS.

**IT IS FURTHER ORDERED** that the USMS must, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on Bridgecrest Acceptance Corporation; Equifax

Information Services, LLC; TransUnion, LLC; Experian Information Solutions, LLC; and Carvana, LLC no later than 20 days after receipt of the completed USM-285 form.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, Plaintiff's claims against Defendants may be subject to dismissal for failure to complete service of process pursuant to Federal Rule of Civil Procedure 4(m).

DATED: October 20, 2026

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE